# Exhibit B

## AMENDMENT TO *LICENSE AGREEMENT*
Effective January 18, 2021

This Amendment amends the *LICENSE Agreement"* (the "Agreement"), between Modern Gaming, Inc. and Sockeye Software, LLC., in the following regard:

1. Paragraph 4 Shall be replaced with the following:

**AND WHEREAS,** subject to the terms and conditions of this Agreement, Licensor grants Licensee an exclusive license to use the Platform Development Software and any associated documentation, as indicated in the agreement for the territories of Florida, Alabama, Louisiana, New York, North Carolina and the Chickasaw Nation in Oklahoma.

2. Section 1.25 shall be replaced with the following:

   1.25   The term "Territory" shall mean the states of Florida, Alabama, Louisiana, New York, North Carolina and the Chickasaw Nation in Oklahoma

Except as modified herein, all other terms and conditions of the Agreement and any prior amendments to same shall remain in full force and effect.

Agreed to and accepted by:

Modern Gaming, Inc.

Date:  February 24, 2021        By _____
                                Print Name: Rory Fradella
                                Title:      President


Sockeye Software, LLC.

Date:  2/24, 2021               By _____
                                Print Name: Todd Seymour
                                Title: CEO