# Exhibit C



12724 West 85th Circle
Arvada, CO 80005
303-552-4436

February 23, 2022

Modern Gaming Inc.
20415 Highway 16
Denham Springs, LA  70726
Attn: Rory Fradella, President

**Re:  Notice of Termination of License Agreement.**

Dear Mr. Fradella,

As you are aware, Modern Gaming Inc. ("**Modern**") and Sockeye Software Development, LLC ("**Sockeye**") are parties to that certain License Agreement dated December 1, 2019 (the "**Agreement**"). Capitalized terms used in this notice, but not defined, will have the meanings ascribed to them in the Agreement.

It is Sockeye's wish to amicably end this Agreement (Section 5 d.) allowing Sockeye to evolve our partnership with a new company that can provide Sockeye an influx of capital to cover monthly overhead to survive in addition to other revenue streams.

This option to invest in Sockeye, expedite nationwide placements in 2022 and provide immediate capital investment has been proposed to Modern and has been declined by Modern.

In good faith, Sockeye was working with Modern resolve territories and purchase machines that were set up by Modern.  The proposed amount of $100,000 has be rejected.

If you have any questions concerning this notice, please contact me by calling (303) 552-4436, or by email at todd@sockeyesoftware.com, with a copy to laura@sockeyesoftware.com and Mark.Goldschmidt@hklaw.com.

Sincerely,

2

**Sockeye Software Development, LLC**

By: _____
Name:  Todd Seymour
Title:    CEO

2

**APPENDIX A**

<u>**Statement of Amounts Due and Owing from Premier**</u>

(See attached)

3